# EXHIBIT A

# Memorandum

**To:**    Nina Barrett

**CC:**    Sarah Pritchard, Peter Devlin

**From:**  Clare Roccaforte

**Date:**  9/9/2009

**Re:**    Leopold and Loeb Publication

---

Nina, we are very happy that you have taken the initiative to pursue a publication stemming from the wonderful exhibit you mounted earlier this year on Leopold and Loeb. As you know, we think this is a great opportunity to showcase the Library's holdings as well as a wonderful opportunity for the University Press. We wanted to take this opportunity to lay out our expectations for your role in this project.

The contract for this publication will be between the Northwestern University Press and Northwestern University Library. Any formal contractual decisions with the Press need to go through Sarah Pritchard. Any payments or royalties will go to the Library. The Library (and the Press) will approve all content.

The writing of this publication has been assigned to you as an official part of your job here at Northwestern University Library. We're happy to have you work directly with the NU Press staff as you carry out the project. We are cognizant of the need to make more time for you to work on this project while continuing to keep pace with your other job duties. It is important to clarify that this new assignment will not take the place of any existing work obligations. To that end, we will grant you 8 additional paid hours per week (for a total of 27) for the FY10 year (September 1, 2009 – August 31, 2010) at the same rate of pay. We need to be clear that this is not a permanent change to your position either in terms of duties or hours/compensation. If the project does not look like it will be completed by the end of FY10, we will need to discuss that when we have a better grasp of the project's progress and of our budget for FY11.

I know there may be some times when you have challenges prioritizing your workload or managing deadlines. As we make temporary coverage plans for my absence, we will ensure that you have a clear reporting line for this project.

I am very pleased that you are undertaking this project and I look forward to working with you on it and seeing its progress.

1